# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GARY P. DAVIS, | Case No. 2:13-cv-00723 -APG-CWH |
| Plaintiff, | **Order Approving Report and Recommendation** |
| v. | |
| CAROLYN W. COLVIN, | |
| Defendant. | |

On April 30, 2013, Magistrate Judge Carl W. Hoffman entered his Report and Recommendation [Dkt #2] recommending that Plaintiff's Application to Proceed *in Forma Pauperis* [Dkt #1] be denied.

Pursuant to Local Rule IB 3-2, any objection to the Magistrate Judge's Finding and Recommendation was to be filed within 14 days from the date of service. No objection has been filed. Based upon the Findings set forth by the Magistrate Judge and the failure to file any objection thereto,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation is affirmed and adopted.

Dated: May 22, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE