1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                          **DISTRICT OF NEVADA**
6                                   * * *
7  GARY P. DAVIS,                    )
                                     )        Case No. 2:13-cv-00723-APG-CWH
8              Plaintiff,            )
                                     )        **ORDER**
9  v.                               )
                                     )
10 CAROLYN W. COLVIN, Acting         )
   Commissioner of Social Security   )
11 Administration,                   )
                                     )
12             Defendant.            )
                                     )

13         This matter is before the Court on Defendant's Motion for Extension of Time (#12), filed August
14 19, 2013.  The Court has reviewed the motion and finds there is good cause for the requested extension.
15 Accordingly,
16         **IT IS HEREBY ORDERED** that  Defendant's Motion for Extension of Time (#12) is **granted**.
17         DATED this 20th day of August, 2013.
18
19                                          _____
20                                          **C.W. Hoffman, Jr.**
                                           **United States Magistrate Judge**
21
22
23
24
25
26
27
28