# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARY P. DAVIS, | Case No. 2:13-cv-00723-APG-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

This matter is before the Court on the Plaintiff's Motion for Extension of Time (#20), filed October 2, 2013. The undersigned has reviewed the motion and finds good cause for the requested extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time (#20) is **granted**.

DATED: October 3, 2013.

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**