# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GARY P. DAVIS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security Administration,

    Defendant.

Case No. 2:13-cv-00723-LDG (CWH)

**ORDER**

    The plaintiff, Gary P. Davis, brought this matter seeking review of the final decision of the Commissioner denying his application for a period of disability and disability benefits. Davis moves to reverse the decision and remand for either an immediate award of benefits or, alternatively, for a new hearing and further proceedings (#24). The Commissioner opposes the motion and further moves to affirm the decision (#27).

    The Court referred this matter to the Magistrate Judge for a report of findings and a recommendation, which the Magistrate Judge entered (#37). The Magistrate Judge recommends that Davis' motion be denied, and that the Commissioner's motion be granted. The Magistrate Judge further notified the parties that any objection to the Report

and Recommendation must be made in writing and filed within fourteen days. Neither party has filed objections.

Having reviewed the motions and memoranda, the record, and the Report and Recommendation,

THE COURT **ADOPTS** the Report and Recommendation (#37);

THE COURT **ORDERS** that plaintiff Gary P. Davis' Motion for Reversal and Remand (#24) is DENIED;

THE COURT FURTHER **ORDERS** that defendant Commissioner of Social Security Administration's Cross-Motion to Affirm (#27) is GRANTED.

DATED this _____ day of April, 2016.

_____
Lloyd D. George
United States District Judge

2