# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GARY P. DAVIS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security Administration,

    Defendant.

Case No. 2:13-cv-00723-LDG (CWH)

**JUDGMENT**

    The Court having granted defendant's Cross-motion to Affirm (#27), therefore,

    THE COURT **ORDERS** that the final decision of the Commissioner of the Social Security Administration's is AFFIRMED.

DATED this _25_ day of April, 2016.

_____
Lloyd D. George
United States District Judge